**ORIGINAL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**REGINA GWYNN BAINES,**

    **Plaintiff,**

v.                               Case No. 15-CV-258

**WALGREENS CO.,**

    **Defendant.**

U.S. District Court
Wisconsin Eastern
JAN 1 8 2018
FILED
Stephen C. Dries, Clerk

## SPECIAL VERDICT FORM

We, the jury, empaneled and sworn to try the issues in this action, being directed by the court to answer the following questions submitted to us for verdict, find and answer as follows:

Question No. 1:

Has Regina Baines proven by a preponderance of the evidence that Walgreens did not hire her because she had previously filed one or more EEOC charges against Walgreens?

**Answer:** _____  ____✗____
                      Yes                    No

*If you answered "yes" to Question No. 1, answer Question No. 2.*
*If you answered "no" to Question No. 1, stop. Do not answer any other questions.*

Question No. 2:

What sum of money, if any, will fairly and reasonably compensate Regina Baines for Walgreens' retaliation against her?

**Answer:**          $_____

Question No. 3:

Has Regina Baines proven by a preponderance of the evidence that Walgreens acted in reckless disregard of her right to be protected from retaliation?

**Answer:** _____    _____
              Yes             No

*If you answered "yes" to Question No. 3, answer Question No. 4.*
*If you answered "no" to Question No. 3, stop.*

Question No. 4:

Has Walgreens proven by a preponderance of the evidence that it made a good faith effort to implement an anti-retaliation policy?

**Answer:** _____    _____
              Yes             No

*If you answered "yes" to Question No. 4, stop.*
*If you answered "no" to Question No. 4, answer Question No. 5*

Question No. 5

What sum of money will fairly punish Walgreens for acting in reckless disregard of Regina Baines' right to be protected from retaliation and deter such conduct by Walgreens and other employers in the future?

**Answer:**     $_____

*Please sign and date the final page of this verdict form.*

/s/ Michelle W
Foreperson

1-18-18
Date

- 2 -