# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**REGINA GWYNN BAINES,**

    Plaintiff,

  v.                                                         Case No. 15-CV-258

**WALGREEN CO.,**

    Defendant.

## ORDER

Jury trial was held in the above case from January 16, 2018 through January 18, 2018. The attorneys for both parties have requested permission to speak to members of the jury for the attorneys' educational benefit. (Docket # 144, Docket # 145.) Pursuant to General L.R. 47(c), I will grant the attorneys' requests to contact the jurors in this case.

The request to speak to the jurors must be made in writing and must be made no later than February 16, 2018. Counsel must explicitly advise the jurors in the written communication that their participation is voluntary and that they have a right to refuse contact with the attorneys. Counsel must also explicitly state in the written communication that the contact is being made for the attorney's educational benefit.

Counsel will contact the clerk's office to obtain the mailing addresses of the jurors.

Dated at Milwaukee, Wisconsin this 24th day of January, 2018.

BY THE COURT:

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge